# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MDL No. 1490

IN RE: Commercial Money Center, Inc., Equipment Lease Litigation    Date Filed: 07/23/2002
Assigned to: Kathleen McDonald O'Malley (Ohio Northern)

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2010 | 94 | CONDITIONAL REMAND ORDER FILED TODAY - 3 actions - re: pldg. (1 in CAS/3:02-cv-00218, 1 in CAS/3:03-cv-01045, 93 in MDL No. 1490, 1 in NV/2:02-cv-01051)<br><br>Signed by Clerk of the Panel Jeffery N. Luthi on 11/2/2010. Associated Cases: MDL No. 1490, CAS/3:02-cv-00218, CAS/3:03-cv-01045, NV/2:02-cv-01051 (TB) (Entered: 11/02/2010) |
| 11/02/2010 | 95 | ***TEXT ONLY NOTICE***<br><br>**NOTICE OF FILING OF CRO AND PUBLICATION OF BRIEFING SCHEDULE -- re: pldg. (2 in CAS/3:02-cv-00218, 2 in CAS/3:03-cv-01045, 94 in MDL No. 1490, 2 in NV/2:02-cv-01051)**<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:** *Appearance is to be filed only if case is opposed.*<br>Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.<br>**Oppositions due on or before 11/9/2010. Notices of Appearance due on or before 11/16/2010. Corporate Disclosure Statements due on or before 11/16/2010.**<br><br>Signed by Clerk of the Panel Jeffery N. Luthi on 11/02/2010. Associated Cases: MDL No. 1490, CAS/3:02-cv-00218, CAS/3:03-cv-01045, NV/2:02-cv-01051 (TB) (Entered: 11/02/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/10/2010 15:47:49 | | | |
| **PACER Login:** | us7211 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | MDL No. 1490 Start date: 11/2/2010 End date: 11/2/2010 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |