AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

NetBank,

    Plaintiff,

V.

Commercial Money Center, et al.,

    Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:02-cv-01051-KJD -LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment on Attorney's Fees and Costs is entered in favor of Plaintiff Netbank and against Defendant Safeco Insurance Company Of America in the amount of $7,911,400.68 in fees and costs.

| October 29, 2012 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |