UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, AS RECEIVER FOR )
NETBANK, FSB, )            Civil Action No. 2:02-cv-1051-KJD-LRL
)
          Plaintiff, )
)
     v. )
)
SAFECO INSURANCE COMPANY OF )
AMERICA, )
)
          Defendant. )

## FINAL JUDGMENT IN A CIVIL ACTION

On this date the Court having considered the motion of plaintiff Federal Deposit

Insurance Corporation, as Receiver for NetBank, FSB (the "FDIC") for entry of final judgment

pursuant to Rules 54(b) and 58(b) of the Federal Rules of Civil Procedure, the Court finds there

is no just reason for delay, and orders that the FDIC recover from the defendant Safeco Insurance

Company of America the amount of $68,386,694.58, which amount includes prejudgment

interest, plus post judgment interest at the rate of 0.19% per annum, along with costs.

This action was tried before a jury with Judge Kent J. Dawson presiding, and the jury

rendered a special verdict with answers to written questions as to issues of liability and

compensatory damages.  In addition, the FDIC's application for attorneys' fees and costs was

decided by Judge Dawson on the FDIC's motion for such fees and costs.  The remaining claim of

punitive damages was severed and will be tried at a later date.

LANCE S. WILSON                                    _12/03/2012_____
CLERK                                              DATE

_Lance S. Wilson_____
(By) DEPUTY CLERK

SYLVESTER & POLEDNAK, LTD.
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone (702) 952-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28