UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, AS RECEIVER FOR )
NETBANK, FSB, )  Civil Action No. 2:02-cv-1051-KJD-LRL
 )
      Plaintiff, )
 )
      v. )
 )
SAFECO INSURANCE COMPANY OF )
AMERICA, )
 )
      Defendant. )

## FINAL JUDGMENT IN A CIVIL ACTION

On this date the Court having considered the motion of plaintiff Federal Deposit Insurance Corporation, as Receiver for NetBank, FSB (the "FDIC") for entry of final judgment pursuant to Rules 54(b) and 58(b) of the Federal Rules of Civil Procedure, the Court finds there is no just reason for delay, and orders that the FDIC recover from the defendant Safeco Insurance Company of America the amount of $68,386,694.58, which amount includes prejudgment interest, plus post judgment interest at the rate of 0.19% per annum, along with costs.

This action was tried before a jury with Judge Kent J. Dawson presiding, and the jury rendered a special verdict with answers to written questions as to issues of liability and compensatory damages. In addition, the FDIC's application for attorneys' fees and costs was decided by Judge Dawson on the FDIC's motion for such fees and costs. The remaining claim of punitive damages was severed and will be tried at a later date.

LANCE S. WILSON            12/03/2012
CLERK                      DATE

*Lance S. Wilson*
(By) DEPUTY CLERK

