# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA



FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR NETBANK, FSB,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 2:02-cv-1051-KJD-LRL

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Federal Deposit Insurance Corporation, as Receiver for NetBank, FSB ("Plaintiff") and Defendant Safeco Insurance Company of America ("Defendant") respectfully inform the Court that the matter has settled and a settlement agreement has been consummated.

    Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that an action may be dismissed by the plaintiff without order of the court by filing a stipulation of dismissal signed by all parties who have appeared. Here, all remaining parties to this litigation who have appeared have signed and consented to the dismissal with prejudice of this action.

    Therefore, Plaintiff files this stipulation of voluntary dismissal with prejudice of the above styled case against Defendant. Plaintiff and Defendant have agreed that each party is to bear its own fees and costs.

**So Stipulated.**

Date: May 26, 2015

By: */s/ Sam E. Taylor, Jr.*
Sam E. Taylor, Jr
FDIC Legal Division
1601 Bryan Street, 15th Floor
Dallas, TX 75201-4330
Phone: 972-761-8142
Email: SaTaylor@fdic.gov

Counsel for Plaintiff
 Federal Deposit Insurance Corporation,
 as Receiver for NetBank, FSB

By: */s/Joshua S. Lipshutz*
Joshua S. Lipshutz
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Phone: 415-393-8233
Email: JLipshutz@gibsondunn.com

Counsel for Defendant
 Safeco Insurance Corporation of America

IT IS SO ORDERED:

_____
KENT J. DAWSON
U.S. District Judge
Dated: May 27, 2015